AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2005 APR 11 P 2: 44

UNITED STATES OF AMERICA

V.

Chanrathana Khem

**CRIMINAL COMPLAINT**

CASE NUMBER: 05mj43

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 29, 2004 in Hillsborough county, in the District of New Hamsphire defendant(s) did, (Track Statutory Languageof Offense)

engage in a conspiracy with Ugochukwu Ossai to obstruct, delay or affect commerce through the commission of a robbery on December 29, 2004, at Dunkin Donuts, 206 South River Road, Bedford, New Hampshire, a business entity engaged in interstate commerce

in violation of Title 18 United States Code, Section(s) 1951.

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following
Official Title
facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Brian K
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 11, 2005                                     at                  Concord, New Hampshire
Date                                                                       City and State

James R. Muirhead, US District Court Magistrate Judge          James R Muirhead
Name & Title of Judicial Officer                                   Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.