**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　　Case No. 05-cr-88-PB

<u>Chanrathana Khem</u>

### <u>O R D E R</u>

The defendant has moved to continue the July 6, 2005 trial in the above case. Defendant cites the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from July 6, 2005 to October 4, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 27, 2005 final pretrial conference is continued until September 28, 2005 at 4:00 p.m.

SO ORDERED.

                                          /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

June 24, 2005

cc:   James W. Dennehy, Esq.
       Terry Ollila, AUSA
       United States Probation
       United States Marshal