```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    **v.**                                          Case No. 05-cr-88-01-PB

**Chanrathana Khem**

**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case. Defendant cites the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from October 4, 2005 to December 6, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 28, 2005 final pretrial conference is continued until November 22, 2005 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 27, 2005

cc: James Dennehy, Esq.
United States Attorney
United States Probation
United States Marshal